**FILED**

Feb 05, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

✎PROB 22
(Rev. 2/88)

| | FILED CLERK, U.S. DISTRICT COURT |
|---|---|
| | 1/22/2021 |
| | CENTRAL DISTRICT OF CALIFORNIA |
| | BY: SR DEPUTY |

DOCKET NUMBER *(Tran. Court)*

2:18-CR-00319-JFW-1

### TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

1:21-cr-0035-DAD

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Central of California | Western |
| Mr. Oscar Ochoa | NAME OF SENTENCING JUDGE | |
| | Hon. John F. Walter | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/9/2019    TO 9/8/2021 |

OFFENSE

18 USC 2115: Burglary of United States Post Office (Count 4)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ CENTRAL _____ DISTRICT OF _____ CALIFORNIA _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 22, 2021
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.*

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ CALIFORNIA _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 5, 2021

*Effective Date*

*United States District Judge*