# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For
## Offender Under Supervision

**Name of Offender:**   Oscar  Ochoa          **Docket Number:**   0972 1:21CR35-01

**Name of Judicial Officer**:     United States District Judge Dale A. Drozd

**Date of Original Sentence:**   6/24/2019

**Original Offense:** 18 U.S.C. § 2115 – Burglary of United States Post Office (Class D Felony).

**Original Sentence:** 60 days Bureau of Prisons Custody; 2 years Supervised Release; Mandatory Drug Testing; $100 Special Assessment; $1,365.26 Restitution.

**Special Conditions:**

Warrantless Search
Comply with Rules and Regulations of the United States Probation and Pretrial Services Office
Shall Not Commit any violation of Local, State, or Federal Law or Ordinance.
Refrain from any Unlawful Use of a Controlled Substance
Participate in Outpatient Substance Abuse Treatment and Testing
Aftercare Copayment
Shall Pay the Special Assessment and Restitution in Accordance with Judgment's Order
Shall Comply with the Immigration Rules and Regulations of the United States
DNA Collection

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   9/9/2019

**Other Court Actions:**

**11/13/2020:**   Violation notification submitted to the Central District of California regarding the offender's failure to make fine/restitution payments as instructed. No formal action was recommended.

PROB 12C
(07/13)

RE: **Oscar  Ochoa**                                    **Docket Number: 0972 1:21CR35-01**

**01/12/2021:**    Violation notification submitted to the Central District of California regarding the offender's New Law Violation (Domestic Battery); Failure to Make Consistent Restitution Payments; Failure to Notify Probation Officer Change of Address; and Unauthorized Travel**.** Central District of California deferred the matter to   Eastern District of California.

**02/05/2021:**    Jurisdiction transferred from the Central District of California **(Docket Number 18CR00319-JFW**) to the Eastern District of California.

---

## PETITIONING THE COURT

☒ **TO ISSUE A WARRANT**

☐ **TO ISSUE A SUMMONS**

☐ **OTHER:**

The probation officer alleges the offender has violated the following conditions(s) of supervision:

**Charge Number        Nature of Violation**

**Charge 1:    NEW LAW VIOLATION**

On November 26, 2020, Mr. Ochoa was arrested by deputies from the Kern County Sheriff's Office for violation of California Penal Code 243(e)(1) – Domestic Battery (Misdemeanor*), in violation of the general condition of supervision not to commit a new federal, state, or local crime.*

**Charge 2:    FAILURE TO NOTIFY CHANGE OF ADDRESS**

On or about November 26, 2020, Mr. Ochoa left his last known place of residence located at 3300 15th Street West, Space 306, Rosamond, California, and failed to notify the U. S. Probation Officer 10 days prior of his change in residence. *, in violation of the standard condition of supervision 6; to wit, the defendant must notify the probation officer at least 10 days before any anticipated change or within 72 hours of an unanticipated change in residence or persons living in defendant's residence.*

PROB 12C
                                                        (07/13)

RE: **Oscar  Ochoa**                                    **Docket Number: 0972 1:21CR35-01**

### Charge 3:  __FAILURE    TO    MAKE    SPECIAL    ASSESSMENT/RESTITUTION PAYMENTS AS DIRECTED__

Mr. Ochoa has failed to submit consistent monthly special assessment payment since April 2, 2020, *in violation of special condition of supervision number 6; to wit, during the period of community supervision, the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment.*

### Charge 4:  __NEW LAW VIOLATION__

On March 16, 2021, Mr. Ochoa was arrested by deputies from the San Bernardo Sheriff's Department for violation of California Penal Code (PC) Sections: 459 - Vehicle Burglary (Felony) and 518 - Extortion (Felony), *in violation of the general condition of supervision not to commit a new federal, state, or local crime.*

### Charge 5:  __UNAUTHORIZED TRAVEL__

On March 16, 2021, Mr. Ochoa was in the Central District of California without permission, *in violation of standard condition number 4; to wit, the defendant must not knowingly leave the judicial district without first receiving the permission of the Court or probation officer.*

**Justification:** On November 26, 2020, deputies from the Kern County Sheriff's Office responded to a domestic disturbance in Mojave, California. Upon arrival, Deputy Sheriff Henderson contacted the alleged victim, Jennifer Lopez, who indicated she and Mr. Ochoa got into a verbal argument over a text message she received from another male. After the offender poured beer and soda on her head along with throwing dirt at her, the alleged victim ran to the neighbor's apartment and the neighbor contacted law enforcement. Mr. Ochoa fled the scene prior to law enforcement's arrival.

 Mr. Ochoa returned to the scene and spoke with Deputy Sheriff's Henderson. Mr. Ochoa advised law enforcement he became very upset when Ms. Lopez received a text message from a former romantic interest. The offender acknowledged picking up some dirt, but he did not intend to hit her with it. Mr. Ochoa also advised Deputy Sheriff's Henderson he never physically assaulted Ms. Lopez.

At that time, Mr. Ochoa was arrested for domestic battery. He was released from custody the next day. The Kern County District Attorney's Office has yet to file a Criminal Complaint against Mr. Ochoa on this matter.

On December 18, 2020, the probation officer obtained a copy of the Kern County Sheriff's Office Compact Report under case number 2020-00164061. The probation officer reviewed the report

PROB 12C
                                                                                                (07/13)

RE: **Oscar  Ochoa**                                          **Docket Number: 0972 1:21CR35-01**

and learned Mr. Ochoa reported an address not previously reported to the probation officer. The offender provided law enforcement with an address in Mojave, California. The probation officer conducted an unannounced home visit on January 11, 2021, to an apartment in Mojave, California, and confirmed that Mr. Ochoa no longer lives in Rosamond, California.

On January 13, 2021, Mr. Ochoa contacted the probation officer and apologized for his lack of compliance with supervision. He also acknowledged his failure to make consistent monthly special assessment payments as directed. The offender conveyed he barely has enough money to take care of his family. He has a remaining special assessment balance of $80 dollars and owes $1,445.26 dollars in restitution. The probation officer also verbally admonished him for his recent arrest on the suspicion of domestic battery. Mr. Ochoa acknowledged the incident, but vehemently denied physically assaulting his girlfriend.

On March 14, 2021, Deputy Sheriff R. Morales (Badge: F8950) with the San Bernardino County Sheriff's Department was dispatched to a report of a vehicle burglary located in Rancho Cucamonga, California. Upon arrival, Deputy Sheriff R. Morales spoke with the alleged victim, who indicated that her vehicle window was smashed, and someone stole her 6-year-old Pomeranian dog from the front seat of her vehicle. The alleged victim conveyed she purchased her 6-year-old Pomeranian dog for $2,000 dollars.

Fortunately, her dog was wearing a collar with the owner's contact information. The next day, Deputy Sheriff R. Morales, received a call from the alleged victim, who indicated she received a call from an unknown female suspect later identified as Jennifer Lopez, Mr. Ochoa's fiancée. Ms. Lopez told the alleged victim that she bought her dog for $1,000 dollars from a "black guy" in Riverside. While Ms. Lopez was speaking, the alleged victim could hear a male subject, later identified as Oscar Ochoa, giving instructions to Ms. Lopez on what to say. Ms. Lopez told the alleged victim through a series of text messages she would not return the dog unless the alleged victim paid her $1,000 dollars. At the advice of Deputy Sheriff's R. Morales, the alleged victim refused to pay Ms. Lopez the $1,000 dollars via cash app and requested to make the transaction in person the next day. Ms. Lopez sent several pictures of the alleged victim's dog and threatened to keep the dog if the alleged victim did not pay.

On March 16, 2021, the alleged victim and Ms. Lopez agreed to meet at a predetermined location (Victoria Gardens Mall) to complete the transaction. Once Ms. Lopez and the offender arrived at the predetermined location, Deputy Sheriff R. Morales along with other deputy sheriffs arrested Ms. Lopez and Mr. Ochoa at the scene.

PROB 12C
                                                                                    (07/13)

RE: **Oscar Ochoa**                                    **Docket Number: 0972 1:21CR35-01**

It should be noted Ms. Lopez and Mr. Ochoa left two children in their vehicle when arrested by law enforcement. As such, the San Bernardino County Child and Family Services was contacted, and the children were ultimately placed in their custody. The Crime Report (DR:112103019) was forwarded to the San Bernardino County District Attorney's Office for filing and review.

On March 17, 2021, Mr. Ochoa was released from custody on a $35,000 bond.

On March 19, 2021, the offender notified the probation officer of law enforcement contact and denied the allegations as alleged in the police report. It should be noted, the offender traveled to the Central District of California without the probation officer's permission.

As of today's, the San Bernardino County District Attorney's Office has yet to file a Criminal Complaint against the offender. His next court date is scheduled for June 17, 2021.

**Detention:** It is alleged that Mr. Ochoa has engaged in criminal conduct while traveling outside of the Eastern District of California. In addition, the offender's casual disregard of his conditions of supervision suggests he is a potential flight risk and danger to the community. Therefore, it is respectfully requested the Court issue a no bail warrant for the offender's arrest to ensure he appears before the Court to answer why his supervised release should not be revoked. Pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure, the defendant has the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. It is recommended the Court find the offender a potential flight risk and danger to the community and order him detained pending resolution of this matter.

**I declare under penalty of perjury that the following is true and correct.**


**EXECUTED ON:    April 20, 2021**
**Bakersfield, California**


Respectfully submitted,


*/S/ J. C. Hill*
_____

**J. C. Hill**
**United States Probation Officer**
Telephone: (661) 321-3818

**DATED:**    4/20/2021
_____

PROB 12C
                                                                                (07/13)

RE: **Oscar  Ochoa**                              **Docket Number: 0972 1:21CR35-01**

Reviewed by,

*/S/ Lonnie E. Stockton*
_____

**Lonnie E. Stockton**
**Supervising   United   States   Probation**
**Officer**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒  The issuance of a warrant.

☐  The issuance of a summons.

☐  Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐  Defendant is ordered detained, to be brought before District Judge forthwith.

☒  Initial appearance and detention hearing before Magistrate Judge.

IT IS SO ORDERED.

Dated:   __**April 20, 2021**__                _____
                                                  UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Unassigned.

United States Marshal Service

PROB 12C
                                                                 (07/13)

RE: **Oscar  Ochoa**                              **Docket Number: 0972 1:21CR35-01**

## STATEMENT OF EVIDENCE OF ALLEGED

## SUPERVISED RELEASE VIOLATIONS

Honorable Dale A. Drozd
United States District Judge
Fresno, California

                              RE:    Ochoa, Oscar
                                     **Docket Number:** 0972 1:21CR35-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**   **NEW LAW VIOLATON**

    **a.  Evidence:**

        i.   Copy of Kern County Sheriff's Office Compact Report Case Number 2020-00164061.

    **b.  Witnesses:**

        i.   Kern County Sheriff's Deputy Henderson (202983) will testify about the nature and circumstances surrounding his November 26, 2020, contact with Mr. Ochoa.

**Charge 2**:   **FAILURE TO NOTIFY CHANGE OF ADDRESS**

    **a.  Evidence:**

        i.   Copy of Kern County Sheriff's Office Compact Report Case Number 2020-00164061, which revealed an address different than previously reported to the probation officer.

PROB 12C
                                                                (07/13)

RE: **Oscar  Ochoa**                                    **Docket Number: 0972 1:21CR35-01**

    **b.  Witnesses:**

        i.    U. S. Probation Officer J. C. Hill will testify that Mr. Ochoa failed to notify the probation officer 10 days prior to any change in his place of residence.

**Charge 3:**    **FAILURE TO MAKE SPECIAL ASSESSMENT / RESTITUTION PAYMENT AS DIRECTED**

    a.  **Evidence**:

        i.    Offender Payment Enhanced Report Access (OPERA) dated April 13, 2021, revealed his last payment on April 2, 2020.

    **b.  Witnesses:**

        i.    United States Probation Officer J. C. Hill with testify as to efforts made to bring Mr. Ochoa into compliance.

**Charge 4:**    **NEW LAW VIOLATION**

    **a.  Evidence**:

        i.    Copy of San Bernardino County Sheriff's Department Crime Report, DR 112103019.

    **b.  Witness**:

        i.    San Bernardino County Sheriff's Deputy R. Morales (F8950) will testify about the nature and circumstances surrounding his March 16, 2021, contact with Mr. Ochoa.

**Charge 5:**    **UNAUTHORIZED TRAVEL**

    **a.  Evidence:**

        i.    San Bernardino County Sheriff's Department Crime Report, DR 12103019, which outlines the location and circumstances surrounding Mr. Ochoa's contact with law enforcement on March 16, 2021.

          PROB 12C
(07/13)

RE: **Oscar  Ochoa**                                                   **Docket Number: 0972 1:21CR35-01**

    **b.  Witness**:

          i.     United States Probation Officer will testify that Mr. Ochoa did not have permission to travel to Rancho Cucamonga, California on March 16, 2021.

Respectfully submitted,

*/S/ J. C. Hill*

**J. C. Hill**
**United States Probation Officer**
Telephone: (661) 321-3818

**DATED:**   4/20/2021
          Bakersfield, California

Reviewed by,

*/S/ Lonnie E. Stockton*

**Lonnie E. Stockton**
**Supervising   United   States   Probation   Officer**

PROB 12C
(07/13)

RE: **Oscar  Ochoa**                                    **Docket Number: 0972 1:21CR35-01**

## REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Offender:**   Oscar  Ochoa          **Docket Number:**     0972 1:21CR35-01

**Date of Original Offense:**    03/05/2018

**Original term of supervised release imposed:** 2 **years**

**Highest grade of violation alleged:** B

**Criminal History Category of offender:** III

**Original guideline range:** 10 **to** 16 **months.**

**Chapter 7 range of imprisonment:** 8 **to** 14 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

☐      **Class A felony - 5 years (or stat max of _ years if longer)**
☐      **Class B felony - 3 years**
☒      **Class C and/or D felony - 2 years**
☐      **Class E felony and misdemeanors - 1 year**

**Violation requires mandatory revocation:  YES: ☐   NO: ☒**

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

PROB 12C
                                                              (07/13)

RE: **Oscar  Ochoa**                                    **Docket Number: 0972 1:21CR35-01**

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

PROB 12C
                                                                                    (07/13)