PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR OCHOA,<br><br>Defendant. | Case No. 1:21-cr-00035-DAD-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date: December 7, 2021<br>Time: 2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Mara Arevalo-Diaz, counsel for Oscar Ochoa, that the status conference currently scheduled for December 7, 2021, at 2:00 p.m. may be continued to January 24, 2022, at 2:00 p.m.

//

//

//

//

Counsel for defendant requests additional time to review discovery and the Petition, conduct further investigation and research, and discuss a potential resolution with the government and United States Probation. The government does not oppose the continuance.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: December 6, 2021

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

Date: December 6, 2021

*/s/ Mara Arevalo-Diaz*
MARA AREVALO-DIAZ
Attorney for Defendant
OSCAR OCHOA

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for December 7, 2021, at 2:00 p.m. is hereby continued to **January 24, 2022, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **December 6, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE